**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**
www.ned.uscourts.gov

**Denise M. Lucks**
Clerk of Court

**M. Therese Bollerup**
Chief Deputy Clerk

September 16, 2009

**Jennifer M. Tomka**
BOUCHER LAW FIRM
Address Updated 12/13/2006
5555 South 27th Street
Suite A, West Gate Bank Building
Lincoln , NE 68512

RE:   Case No.  4:09cv3196
       Hasty v. Nebraska Department of Education, et al.

Dear Counsel:

   The above-referenced case has been assigned to Magistrate Judge Gossett.  A "Consent to Jurisdiction by United States Magistrate Judge" form will be sent with the scheduling packet following the appearance of all parties.

                                           Sincerely,


                                           By: s/ Jeri A. Bierbower
                                               Deputy Clerk

---

111 South 18th Plaza, Suite 1152
Omaha, NE 68102-1322
(402) 661-7350
Fax: (402) 661-7387
Toll Free: (866) 220-4381

100 Centennial Mall North, Room 593
Lincoln, NE 68508-3803
(402) 437-1900
Fax: (402) 437-1911
Toll Free: (866) 220-4379