IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REBECCA HASTY, ) | Case No. 4:09cv3196 |
| ) | |
| Plaintiff, ) | |
| ) | MOTION FOR |
| vs. ) | ENLARGEMENT OF TIME |
| ) | |
| NEBRASKA DEPARTMENT OF ) | |
| EDUCATION, et al., ) | |
| ) | |
| Defendant. ) | |

Defendants, Nebraska Department of Education, pursuant to Fed. R. Civ. P. 6(b)(1) and NECivR 6.1(a)(1), hereby move the Court for an Order enlarging the time to answer the recently filed Complaint in this matter by thirty (30) days in order to enable defendants adequate time to investigate the allegations contained in the Complaint. The original answer or responsive pleading is due to be filed on or before October 15, 2009. Therefore, defendants request until November 16, 2009, to file an answer or responsive pleading.

WHEREFORE, the Defendants hereby pray the Court to enter an Order enlarging the time to respond to the recently filed Complaint by a period of thirty (30) days from the original due date of October 15, 2009, until November 16, 2009.

DATED this 2nd day of October, 2009.

NEBRASKA DEPARTMENT OF EDUCATION,
Defendant

BY:   JON BRUNING, #20351
      Attorney General

BY:   s/Frederick J. Coffman
      Frederick J. Coffman, #10725
      Assistant Attorney General
      2115 State Capitol
      Lincoln, NE 68509-8920
      Tel: (402) 471-2682
      Fax: (402) 471-4725
      fred.coffman@nebraska.gov
Attorneys for Defendants

CERTIFICATE OF SERVICE

It is hereby certified that on October 2, 2009, I electronically filed the foregoing Motion for Enlargement of Time with the Court using the CM/ECF system which sent notification of such filing to Jennifer M. Tomka of BOUCHER LAW FIRM, attorney for Plaintiff.

s/Frederick J. Coffman
Frederick J. Coffman, #10725
Assistant Attorney General

54-557-04