IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REBECCA HASTY,                         )<br>                                                       )<br>           Plaintiff,                         )<br>                                                       )<br>   vs.                                            )<br>                                                       )<br>NEBRASKA DEPARTMENT OF        )<br>EDUCATION, et al.,                      )<br>                                                       )<br>           Defendants.                     ) | 4:09cv3196<br><br>ORDER |

This case is before the court on the plaintiff's Motion to Extend Time to Respond to Defendants' Motion for Summary Judgment (#66), and the defendants' Motion to Stay Case Progression (#67). Following a review of the court file,

**IT IS ORDERED:**

1. The plaintiff's Motion to Extend Time (#66) is granted. The plaintiff's response to the defendants' motion for summary judgment shall be filed on or before **September 26, 2011.**

2. The defendants' Motion to Stay (#67) is denied.

3. A Third Amended Order setting final progression of the case will be issued.

Dated this 25th day of August 2011.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge